IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| B.D. et al., Plaintiffs, | : |
| v. | : CIVIL ACTION<br>: NO. 15-6375 |
| DOWNINGTOWN AREA SCHOOL DISTRICT et al., Defendants. | : |

**O R D E R**

AND NOW, this 20th day of June, 2016, upon consideration of the Plaintiffs' First Amended Complaint (Docket No. 6), Defendants' Motion to Dismiss the First Amended Complaint (Docket No. 7), Plaintiffs' Response in Opposition (Docket No. 8), Defendants' Reply in Support (Docket No. 9), Plaintiffs' Sur Reply in Opposition (Docket No. 15), and oral argument held on March 18, 2016, it is hereby **ORDERED** that the Defendants' Motion to Dismiss the First Amended Complaint (Docket No. 7) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE